UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER G. PARKER,

    Plaintiff,

v.                                      Case No. 3:19cv126-MCR-HTC

MARK T. ESPER,
SECRETARY OF DEFENSE,

    Defendant.
_____/

## ORDER

This matter is before the Court on Plaintiff's Motion to Request a Stay (ECF Doc. 57) and Response to the Magistrate's Order advising the Plaintiff that he has twenty-one (21) days under this Court's Local Rules to file a response in opposition to the Defendant's motion for summary judgment (ECF Doc. 52). In Plaintiff's motion, he seeks a stay of this case for two reasons: (1) his pending motion to appeal (ECF Doc. 48) and appeal (ECF Doc. 58) to the District Judge of the undersigned's prior order denying his latest motion for appointment of counsel, and (2) "social distancing."

Upon consideration and for the reasons set forth herein, the undersigned does not find good cause for staying this action. Thus, Plaintiff's motion is denied.

First, in granting the Defendant's motion to compel, the undersigned specifically addressed the COVID-19 issues and the need for social distancing. Indeed, while ordering Plaintiff to respond to <u>written discovery</u>, which discovery was issued back in November, the undersigned specifically stated that she would <u>not</u> order Plaintiff or his father to sit for deposition until *after* May 1. ECF Doc. 55. The undersigned further stated that she would revisit that timeframe, as may be necessary. Moreover, the undersigned noted that depositions may be rendered unnecessary if summary judgment is granted.

Second, social distancing concerns are not impacted by written discovery, which can be completed in isolation or while still adhering to the 6-foot social distancing requirements. Indeed, the administrative orders that have been issued by this Court, while staying depositions, do not stay written discovery altogether. Additionally, Plaintiff and his father have been admonished on prior occasions for engaging in delay tactics that do not further the ends of justice, including completely disregarding the undersigned's prior orders directing Plaintiff to respond to discovery.

As the undersigned has directed Plaintiff on numerous occasions, he filed this action over a year ago and he must prosecute it. His failure to do so is prejudicial to the Defendant and his multiple filings directed at the same issue is bordering on an abuse of the judicial process.

Case No. 3:19cv126-MCR-HTC

Accordingly, it is ORDERED, Plaintiff's motion to request a stay of time (ECF Doc. 57) is DENIED.

DONE AND ORDERED this 30th day of March, 2020.

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**